**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

VS                                                    CASE NO.  3:05cr87-02/RV

JUAN LUIS NIEVES-VILLAREAL

**REFERRAL AND ORDER**

Referred to Senior Judge Roger Vinson on   May 1, 2007
Motion/Pleadings:   MOTION to dismiss counsel of record and to request for documents/transcript/case file for filing 2255 motion
Filed by   Defendant (pro se)   on 4/02/2007   Doc.#   122

RESPONSES:
   None   on _____ Doc.# _____
   _____ on _____ Doc.# _____
____ Stipulated   ____ Joint Pldg.
____ Unopposed   ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Jerry Marbut
LC (1 OR 2)                    Deputy Clerk: Jerry Marbut

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this   1st   day of   May  , 2007, that:*
*(a) The relief requested is DENIED.*
*(b) Mr. Sheehan is no longer your attorney and there is no need for a dismissal.*

/s/ Roger Vinson
*ROGER VINSON*
*Senior United States District Judge*