**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

vs.                                     **3:05cr87/RV
3:07cv397/RV/MD**

**JUAN L. NIEVES-VILLAREAL**

---

## ORDER

This cause is before the court on defendant's notice of appeal (doc. 167) of the court's order denying his motion to vacate pursuant to 28 U.S.C. § 2255, which the court construes as a request for a certificate of appealability. *Edwards v. United States*, 114 F.3d 1083 (11th Cir. 1997). Unless a certificate of appealability is issued, the defendant may not take an appeal from the final order denying Section 2255 relief. See 28 U.S.C. 2253(c)(1)(B).

Because the defendant has not made a substantial showing of the denial of a constitutional right, and for the reasons set forth in this court's May 6, 2008 order (doc. 165), his request for a certificate of appealability is DENIED.

No motion for leave to proceed *in forma pauperis* has been filed. The defendant has not shown that the appeal is taken in good faith or that he is otherwise entitled to so proceed on appeal. Accordingly, the $455.00 filing fee shall be paid within 30 days from the date of this order.

DONE AND ORDERED this 26th day of June, 2008.

                                      /s/ *Roger Vinson*
                                      **ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE**