**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

vs.                                        **3:05cr87/RV
3:07cv397/RV/MD**

**JUAN L. NIEVES-VILLAREAL**

## ORDER

      This cause is before the court on defendant's second notice of appeal (doc. 187) of the court's order denying his motion to vacate pursuant to 28 U.S.C. § 2255, which the court construes as a request for a certificate of appealability.  *Edwards v. United States*, 114 F.3d 1083 (11th Cir. 1997). Unless a certificate of appealability is issued, the defendant may not take an appeal from the final order denying Section 2255 relief.  See 28 U.S.C. 2253(c)(1)(B).

      As previously stated (doc. 179), because the defendant has not made a substantial showing of the denial of a constitutional right, and for the reasons set forth in this court's May 6, 2008 order (doc. 165), his request for a certificate of appealability is DENIED. Also as previously stated, the defendant has not shown that the appeal is taken in good faith or that he is otherwise entitled to so proceed on appeal.  Accordingly, the $455.00 filing fee shall be paid within 30 days from the date of this order.

      DONE AND ORDERED this 12th day of September, 2008.

                                      /s/ *Roger Vinson*
                                      **ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE**